# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BENJAMIN WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-2476-JWL-TJJ |
| ) | |
| STELLAR RECOVERY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

This matter is before the Court on the Amended Motion to Withdraw as Counsel for Defendant Stellar Recovery, Inc. (ECF No. 15) filed by attorney Joshua C. Dickinson. Movant requests that he be allowed to withdraw from this action with respect to the representation of Defendant Stellar Recovery, Inc. Because this withdrawal would leave Stellar Recovery, Inc. without counsel, D. Kan. Rule 83.5.5(a) applies. Upon review, the Court hereby finds and orders as follows:

1. For the reasons stated in the Amended Motion to Withdraw, good cause exists for counsel to withdraw, and said withdrawal is permissible under the applicable rules of professional conduct.

2. According to the motion, counsel has been directed by Defendant Stellar Recovery, Inc. to cease representation in this matter immediately. Defendant Stellar Recovery, Inc. also authorized counsel to state that Stellar Recovery, Inc. has ceased operations.

3. Counsel has served on Defendant the noticed required by D. Kan. Rule 83.5.5(a)(2), and has submitted sufficient proof that Defendant's registered agent received the notice.

4.	From the date of service of this Order upon the parties to this action, no further notices, papers, or pleadings are to be served upon withdrawing counsel.  All further notices, papers, or pleadings to Defendant Stellar Recovery, Inc. shall be served upon said Defendant at the following address:

>Stellar Recovery, Inc.
>4800 Spring Park Road
>Jacksonville, FL 32207

Stellar Recovery, Inc.'s last known telephone number is (844) 329-0978.

5.	Moving counsel is hereby authorized to withdraw as counsel of record for Defendant Stellar Recovery, Inc. in this case.

6.	Finally, the Court advises Defendant Stellar Recovery, Inc. that business entities, such as corporations, partnerships, associations, and limited liability companies, cannot appear in federal court pro se and must be represented by a licensed attorney.[1] If Defendant fails to secure counsel to represent it in this litigation, it may be subject to being found in default and thus subject to judgment being entered against it.

**IT IS THEREFORE ORDERED** that the Amended Motion to Withdraw as Counsel for Defendant Stellar Recovery, Inc. (ECF No. 15) is granted.  Joshua C. Dickinson is hereby withdrawn as counsel of record for Defendant Stellar Recovery, Inc. in this case.

**IT IS FURTHER ORDERED** that a copy of this Order is to be mailed to Stellar Recovery, Inc. at the address listed above.

**IT IS SO ORDERED.**

---

[1] *See Harrison v. Wahatoyas*, *LLC*, 253 F.3d 552, 556 (10th Cir. 2001) ("As a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se.").

Dated this 16th day of March, 2018 in Kansas City, Kansas .

*Teresa James*

Teresa J. James
U. S. Magistrate Judge