# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BENJAMIN WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:17-cv-02476-JWL-TJJ |
| | ) |
| STELLAR RECOVERY, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

COMES NOW Thomas A. Addleman, and Motions this Honorable Court to dismiss the case without prejudice, each party to be responsible for their own costs.

Respectfully submitted,

**CREDIT LAW CENTER**

**By: /s/ Thomas A. Addleman**
Thomas A. Addleman #21104
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO  64064
Telephone:  816-246-7800
Facsimile:  855-523-6884
TomA@creditlawcenter.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of April 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sends notice to all counsel of record.

/s/  Thomas A. Addleman
Thomas A. Addleman
Attorney for Plaintiff