# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BENJAMIN WHITE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | |
| ) | **No. 17-2476-JWL-TJJ** |
| **STELLAR RECOVERY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL

Pursuant to the Notice of Dismissal filed by the plaintiff, IT IS ORDERED that this case is dismissed without prejudice, each party to be responsible for their own costs.

**IT IS SO ORDERED.**

Dated this 24th day of April, 2018 at Kansas City, Kansas.

    s/ John W. Lungstrum
    JOHN W. LUNGSTRUM
    UNITED STATES DISTRICT JUDGE